UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CECILIA BONILLA RAMIREZ,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. 5:26-cv-03355-FLA (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the court has reviewed Petitioner Cecilia Bonilla Ramirez's (A# 202-179-345) Petition for Writ of *Habeas Corpus* ("Petition," Dkt. 1), Respondents' Answer to the Petition (Dkt. 11), the Report and Recommendation of the United States Magistrate Judge ("Report," Dkt. 13), and all relevant portions of the record. The time for filing Objections to the Report has passed and no Objections have been received.

Accordingly, the court ACCEPTS and ADOPTS the findings, conclusions, and recommendations of the Magistrate Judge, GRANTS the unopposed Petition, and ORDERS Respondents to:

(1) release Petitioner from custody immediately, under the same conditions as previously imposed prior to her arrest in January 2026, and re-detention;

(2) return all property to Petitioner that was confiscated from her when she was arrested and processed into detention; and

(3) file a statement with the court within seven (7) days of Petitioner's release, attesting to Respondents' compliance with this Order.

Petitioner is granted leave to file a motion for reasonable attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, within thirty (30) days from the date of the entry of Judgment.

IT IS SO ORDERED.

Dated: July 14, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge