JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA BONILLA RAMIREZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, *et al.*,<br>Respondents. | Case No. 5:26-cv-03355-FLA (PVC)<br>**JUDGMENT** |

Pursuant to the court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition (Dkt. 1) is GRANTED and Judgment is ENTERED in Petitioner Cecilia Bonilla Ramirez's (A# 202-179-345) favor.

Dated: July 14, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge